UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-108 |
| | ) | |
| JAMIE DONNELL RILEY | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jason W. Blanchard** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jason W. Blanchard** be granted leave of absence for the following periods: **July 22, 2016 through August 1, 2016.**

This _7th_ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia